# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FASHION FORWARD WORLDWIDE CORP., a New York corporation<br><br>       Plaintiff,<br><br>  v.<br><br>DOUGLAS STEIN, an individual<br><br>       Defendant. | Case No.: |

## COMPLAINT

Plaintiff, Fashion Forward Worldwide Corp. ("Fashion Forward" or "Plaintiff") a New York corporation, by and through its attorneys, Aronberg Goldgehn, for its Complaint against Defendant, Douglas Stein ("Stein"), states as follows:

## PARTIES, JURISDICTION, AND VENUE

1. Fashion Forward is a New York corporation with its principal place of business in Uniondale, New York.

2. Upon information and belief, Stein is a resident of Illinois.

3. This Court has personal jurisdiction over Defendants because Defendants are residents of this Judicial District and entered into an agreement with Plaintiff to be performed in Illinois and within this Judicial District. Further, Defendants have breached the said agreement and committed other acts within this district, and the wrongful acts complained of herein arise out of and are related to the business that Defendants have transacted and the acts that they have committed in Illinois and this Judicial District.

4. Subject matter jurisdiction in this Court is founded on diversity of citizenship. 28 U.S.C. § 1332. There is complete diversity among the parties because Plaintiff and Defendants

are citizens of different states, and the matters in controversy, exclusive of interest and costs, exceed the sum of $75,000.

5. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(1) because all Defendants reside in this Judicial District.

**COUNT I**
**BREACH OF GUARANTY**
(Stein)

6. Fashion Forward re-states and re-alleges Paragraphs 1 through 5 as if fully stated herein.

7. Since 1999, Fashion Forward has been a dynamic and progressive company that acts as a freight forwarder for clients in a wide range of industries on an international level.

8. DSource, LLC d/b/a PPE Advantage ("DSource") is an Illinois limited liability company with its principal place of business in Chicago, Illinois.

9. Upon information and belief, DSource is engaged in the advertisement and sale of personal protective equipment.

10. Stein is the CEO of DSource and, upon information and belief, its sole employee.

11. Sometime in June 2021, Stein contacted Fashion Forward to inquire about Fashion Forward's inventory of nitrile exam grade gloves ("Gloves"). Stein's inquiry was on behalf of his client, GIS Resources SDN BHD ("GIS").

12. Sometime in June 2021, Fashion Forward advised Stein that it possessed five trailers of Gloves, with each trailer having 3,500 cartons for a total of 17,500 cartons. The price per carton was $94.50 thus making the total of the five containers $1,653,750.

13. On June 21, 2021, Fashion Forward and GIS entered into a Sales and Purchase Agreement whereby Fashion Forward would provide 175,000 boxes of Gloves to GIS for the total

purchase price of $1,653,750. A true and accurate copy of the Sales and Purchase Agreement is attached as **Exhibit 1**.

14. The first payment under the Sales and Purchase Agreement was due 10 days from the signing of the agreement; the second payment was due within 5 days of the first payment, and the third payment was due within 3 days of the second payment.

15. Pursuant to the terms of the Sales and Purchase Agreement, the total amount of $1,653,750 was due to Fashion Forward no later than July 9, 2021.

16. GIS failed to pay any amount to Fashion Forward pursuant to the Sales and Purchase Agreement.

17. On July 16, 2021, Stein signed a personal guaranty (the "Guaranty") whereby Stein agreed to guarantee the payment due under the Sales and Purchase Agreement. A true and accurate copy of the Guaranty is attached as **Exhibit 2**

18. Fashion Forward has performed all conditions precedent that might exist under the Sales and Purchase Agreement and Guaranty.

19. Fashion Forward has demanded payment from Stein under the Guaranty seeking payment of $1,653,750.

20. Stein has failed and refused and continues to fail and refuse to pay Fashion Forward all amounts due under the Guaranty.

21. Stein breached his obligations under the Guaranty by failing to timely pay for the Gloves delivered by Fashion Forward.

22. As a result of the aforementioned breach of the Guaranty, Fashion Forward has suffered damages of at least $1,653,750.

WHEREFORE, Plaintiff, Fashion Forward Worldwide Corp. respectfully requests that this Court enter judgment in its favor and against Defendant, Douglas Stein for any and all money due Plaintiff pursuant to the Guaranty, and for such other and further relief as this Court deems just and reasonable.

**PLAINTIFF REQUESTS TRIAL BY JURY ON ALL CAUSES OF ACTION SO TRIABLE.**

    Respectfully submitted,

    FASHION FORWARD WORLDWIDE CORP.

    By: /s/ *Christopher W. Niro*
        One of its attorneys

Christopher W. Niro (ARDC 6300428)
cniro@agdglaw.com
Genc Arifi (ARDC 6323579)
garifi@agdglaw.com
ARONBERG GOLDGEHN
Attorneys for Plaintiff
330 North Wabash, Suite 1700
Chicago, Illinois 60611
(312) 828-9600