IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FASHION FORWARD WORLDWIDE CORP., a New York corporation,<br><br>               Plaintiff<br><br>    v.<br><br>DOUGLAS STEIN,<br><br>               Defendant. | Case No. 1:22-cv-02317<br><br>Hon. Nancy L. Maldonado |

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff Fashion Forward Worldwide Corp. and Defendant Douglas Stein, by and through their respective counsel, move this Court for entry of a Consent Judgment. In support of this Motion, the Parties state as follows:

1. This is an action for breach of a personal guaranty Defendant executed in favor of Plaintiff.

2. On April 14, 2023, this case was referred to the Honorable Young B. Kim for the purpose of holding proceedings related to a settlement conference. [Dkt # 32]

3. On June, 15, 2023, the parties participated in a settlement conference with the Honorable Young B. Kim and continued discussions thereafter.

4. The settlement conference was successful and Plaintiff and Defendant are in agreement to the entry of Consent Judgment on the terms provided in the proposed Consent Judgment in the attached **Exhibit A**.

5. Plaintiff and Defendant jointly request that the Court enter the Consent Judgment in the form provided in Exhibit A.

Respectfully submitted,

| DOUGLAS STEIN | FASHION FORWARD WORLDWIDE CORP. |
|---|---|
| By: */s/ Jason Shimotake* <br> His attorney | By: */s/ Benjamin E. Haskin* <br> One of its Attorneys |
| Jason Shimotake, jason@shilawfirm.com <br> The Shimotake Law Firm, LLC <br> One South Dearborn Street, 20th Floor <br> Chicago, Illinois 60603 <br> Attorney for Defendant | William L. Niro, wniro@agdglaw.com <br> Gary Hollander, ghollander@agdglaw.com <br> Benjamin Haskin, bhaskin@agdglaw.com <br> Sofia Quezada, squezada@agdglaw.com <br> ARONBERG GOLDGEHN <br> Attorney for Plaintiff <br> 225 West Washington Street, Suite 2800 <br> Chicago, Illinois 60606 |

4862-7568-0111v2