# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Fashion Forward Worldwide Corp.

                        Plaintiff,

v.                                               Case No.: 1:22–cv–02317

                                                       Honorable Nancy L. Maldonado

Douglas Stein

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 26, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado: The Court grants the parties' joint motion [38] to approve the consent judgment. The Court enters the Judgment on Consent, which the parties have agreed to thereby resolving this matter. Civil case terminated.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.