**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FASHION FORWARD WORLDWIDE CORP., a New York corporation, | |
| Plaintiff | Case No. 1:22-cv-02317 |
| v. | Hon. Nancy L. Maldonado |
| DOUGLAS STEIN, | |
| Defendant. | |

## JUDGMENT ON CONSENT

WHEREAS, Plaintiff Fashion Forward Worldwide Corp. ("Fashion Forward") and Defendant Douglas Stein ("Stein") have agreed to resolve the above-captioned litigation and have agreed to entry of a Consent Judgment on the following terms.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1.      Judgment is hereby entered against Defendant Douglas Stein and in favor of Fashion Forward in the amount of One Million Six Hundred Fifty-Three Thousand Seven Hundred Fifty Dollars and 00/100 ($1,653,750) ("Consent Judgment Amount").

2.      Defendant agrees not to appeal or otherwise attack the validity or enforceability of this Consent Judgment.

3.      Defendant hereby assigns, conveys, and transfers a vested right and interest in the proceeds of monies received, whether by judgment, settlement, or otherwise, in the case entitled *DSource LLC v. GIS Malaysia*, Case No. BA-28PW-119-05/2023, pending in Malaysia (the "Malaysian Lawsuit") up to the Consent Judgment Amount.  This assignment is being made voluntarily in consideration for the terms of this Consent Judgment.

4.      Defendant shall notify counsel for Plaintiff identified below within five (5) business days of receipt of any funds related to the Malaysian Lawsuit pursuant to Paragraph 3.

5.      Defendant shall provide counsel for Plaintiff information and documentation relating to the Malaysian Lawsuit upon written request and to cooperate in good faith with any such request.

6.      Defendant shall notify counsel for Plaintiff in the event Defendant obtains nitrile gloves, including but not limited to Avecena Gloves, for resale within five (5) business days of Defendant's receipt of such gloves.

7.      All proceeds from Defendant's sale, if any, of nitrile gloves, including but not limited to Avecena Gloves, from and after the date of this Consent Judgment shall be allocated with seventy percent (70%) of the proceeds being provided to Plaintiff with Defendant retaining the remaining thirty percent (30%).

8.      Defendant shall provide counsel for Plaintiff an accounting and its share of the proceeds from the sale of any gloves within five (5) business days of Defendant's receipt of said funds.

9.      Defendant shall provide counsel for Plaintiff a copy of his federal and all applicable state personal tax returns within fourteen (14) days of submission.

10.     Defendant shall provide notice to counsel for Plaintiff of any material change in his personal financial condition, which includes, but is not limited to, a new job of long-term employment, a receipt or promise to receive any money (whether as a lump sum or payment plan) in excess of $5,000, or the right to recover any sum of money in excess of $5,000.

11.     Plaintiff shall not take any action besides those authorized by this Consent Judgment in furtherance of collection of the $1,653,750 Judgment for a period of nine (9) months following the entry of this Consent Judgment (the "Forbearance Period"). However, each

settlement payment made by, or on behalf of, Defendant during the Forbearance Period in excess of $10,000 shall extend the Forbearance Period by an additional three (3) months.

12. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this Consent Judgment. Fashion Forward is authorized to seek to enforce this Consent Judgment, and shall be entitled to its reasonable attorneys' fees and costs incurred for any action to enforce the terms of this Consent Judgment based on Defendant's failure to comply, in any way, with its obligations set forth herein.

The foregoing Consent Judgment has been agreed and consented to by the parties:

Respectfully submitted,

DOUGLAS STEIN

By: */s/ Jason Shimotake*
      His attorney

Jason Shimotake, jason@shilawfirm.com
The Shimotake Law Firm, LLC
One South Dearborn Street, 20th Floor
Chicago, Illinois 60603
Attorney for Defendant

FASHION FORWARD WORLDWIDE CORP.

By: */s/ Benjamin E. Haskin*
      One of its Attorneys

William L. Niro, wniro@agdglaw.com
Gary Hollander, ghollander@agdglaw.com
Benjamin Haskin, bhaskin@agdglaw.com
Sofia Quezada, squezada@agdglaw.com
ARONBERG GOLDGEHN
Attorney for Plaintiff
225 West Washington Street, Suite 2800
Chicago, Illinois 60606

IT IS SO ORDERED.

Date: September 26, 2023

By: _____
     Honorable Nancy L. Maldonado
     United States District Court Judge